FILED
United States Court of Appeals
Tenth Circuit

January 12, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

TINA PETERS,

    Petitioner - Appellant,

v.

MOSES ANDRE STANCIl, et al.,

    Respondents - Appellees.

No. 26-1000
(D.C. No. 1:25-CV-00425-STV)
(D. Colo.)

_____

**ORDER**
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

    This matter is before the court following the opening of this appeal and review of the district court's docket. Appellant Tina Peters—a Colorado state prisoner—seeks to appeal the district court's dismissal of her application for writ of habeas corpus. Regardless whether the application is a challenge under 28 U.S.C. § 2254 to the validity of Ms. Peters' conviction and sentence or an attack pursuant to 28 U.S.C. § 2241 on the execution of her sentence, Ms. Peters must first obtain a certificate of appealability (COA) to proceed on appeal. *See* 28 U.S.C. § 2253(c)(1); *Morello v. Utah Bd. of Pardons*, 194 F. App'x 505, 505 n.1 (10th Cir 2006). The district court did not address whether a COA should issue.

    In light of this court's decision in *United States v. Higley*, No. 17-1111 (10th Cir. Sep. 29, 2017) (unpublished) (stating that the district court must ordinarily decide, in the

first instance, whether to issue a COA), the court directs a limited remand to the district court to consider whether to issue a COA for this appeal. The court directs the Clerk of the district court to supplement the preliminary record when the district court issues its decision regarding COA.

Pending the district court's decision regarding COA, this court abates this proceeding.

Entered for the Court

Per Curiam