# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Tina Peters

v.

John Feyen
Moses "Andre" Stancil
Philip J. Weiser

Case No. 26-1000

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  _Tina Peters_____
[Party Name(s)]

certifies[1] as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):


XX☐     There is no information to disclose pursuant to Fed. R. App. P. 26.1.


__January 18, 2026_____
Date

____/s/ *Robert J. Cynkar*_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X ☐  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐  On _____ I sent a copy of this Disclosure Statement
              [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

\_\_\_\_January 18, 2026_____
Date

_____/s/ *Robert J. Cynkar*_____
Signature