FILED
United States Court of Appeals
Tenth Circuit

January 20, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

TINA PETERS,

    Petitioner - Appellant,

v.

MOSES ANDRE STANCIL, in his official capacity as the Executive Director of the Colorado Department of Corrections, et al.,

    Respondents - Appellees.

No. 26-1000
(D.C. No. 1:25-CV-00425-STV)
(D. Colo.)

_____

**ORDER**
_____

On January 12, 2026, this court abated this proceeding and issued a limited remand to allow the district court to consider in the first instance whether to issue a certificate of appealability ("COA") authorizing appellant Tina Peters to appeal the district court's dismissal of her application for writ of habeas corpus. [CTA10 Dkt. No. 5 (citing 28 U.S.C. § 2253(c)(1); *Morello v. Utah Bd. of Pardons*, 194 F. App'x 505, 505 n.1 (10th Cir 2006))].

This matter is now before the court on review and consideration of the district court's order [DC Dkt. No. 99] in which it denied Ms. Peters a COA. Upon consideration of the district court's order, this court lifts the abatement of this proceeding. The court

will set Ms. Peters' opening brief and appendix due once it receives notice from the district court that the record is complete for purposes of this appeal.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk