No. 26-1000

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

TINA PETERS,

Petitioner-Appellant,

v.

MOSES ANDRE STANCIL, in his official capacity
as the Executive Director of
Department of Corrections, and
PHILIP J. WEISER, in his official capacity
as Attorney General of the State of Colorado,

Respondents-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
THE HONORABLE SCOTT T. VARHOLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
D.C. No. 1:25-cv-00425

_____

**RESPONSE TO MOTION TO DISMISS FOR LACK OF JURISDICTION**
_____

Petitioner-Appellant Tina Peters, having now had the opportunity to consider the arguments Respondents-Appellees advance to support their Motion to Dismiss for Lack of Jurisdiction, agrees that this case is now moot and withdraws her opposition to this Motion.

Respectfully submitted,

*/s/ Robert Cynkar*

Peter Ticktin, Esq.
*The Ticktin Law Group*
*270 SW Natura Avenue*
Deerfield Beach, Florida 33441
(561) 232-2222
Serv512@LegalBrains.com

Robert Cynkar, Esq.
*McSweeney, Cynkar*
*& Kachouroff, PLLC*
3126 Elmendorf Drive
Oakton, Virginia 22214
(703) 621-3300
rcynkar@mck-lawyers.com

Patrick M. McSweeney, Esq.
3358 John Tree Hill Road
Powhatan, Virginia 23139
(804) 937-0895
pmcsweeney.esq@gmail.com

*Attorneys for Petitioner-Appellant*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure because it contains 38 words, excluding the parts of the brief exempted by Rule 32(a)(7)(B)(iii).

This brief complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times Roman 14-point font.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Robert Cynkar*

Robert Cynkar

## CERTIFICATE OF SERVICE

I hereby certify that the electronic submission of the foregoing will cause an electronic copy of the same to be served on opposing counsel via the Court's ECF system.


_/s/ Robert Cynkar_